**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRUCE WOLOSKY,            )
                          )
    Petitioner,          )   3:08-cv-00602-RCJ-RAM
                          )
vs.                       )   **ORDER**
                          )
BENEDITTI, *et al.*,      )
                          )
    Respondents.         )
_____/

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by Bruce Wolosky, a Nevada state prisoner. The petition filed in the above-captioned case was consolidated with an identical petition filed in case number 3:08-cv-610-LRH-VPC. (Docket #10). The consolidated petition challenges theft convictions entered in March 2006, in the Eighth Judicial District for the State of Nevada, case numbers C-215290 and C-215291, against petitioner Bruce Wolosky.

On July 15, 2010, this Court sent petitioner an order at his address of record. (Docket #39). On July 27, 2010, the order was returned to the Court as undeliverable – markings on the envelope indicate the following: "return to sender – unable to forward – not at HDSP – DSC (discharged)." (Docket #40). Petitioner has not notified the Court of his new address.

///

1    Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

2        The plaintiff shall immediately file with the court written
notification of any change of address.  The notification must include
3    proof of service upon each opposing party or the party's attorney.
Failure to comply with this rule may result in dismissal of the action
4    with prejudice.

5    In view of petitioner's failure to keep the Court informed of his address as required by LSR 2-2, the

6    Court will dismiss this action with prejudice.

7        **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH**

8    **PREJUDICE**.

9        **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT**

10   accordingly.

11       DATED this 19TH day of October, 2010.

              _____
              UNITED STATES DISTRICT JUDGE